# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**
- ☐ Under Seal
- City:
- County: Arlington

- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.:
- Search Warrant Case No.:

- **Judge Assigned:** MSN
- **Criminal No.** 1:23-cr- 32
- New Defendant: x
- Arraignment Date:
- R. 20/R. 40 From:

**Defendant Information:**
- **Defendant Name:** Osman Kanu
- Alias(es):
- ☐ Juvenile  FBI No.
- **Address:** Woodbridge, VA
- Employment:
- **Birth Date:** 1996
- SSN:
- **Sex:** Male
- **Race:** Black
- **Nationality:** USA
- **Place of Birth:** Virginia
- **Height:** 5'7
- **Weight:** 150
- **Hair:** Brown
- **Eyes:** Brown
- Scars/Tattoos:
- ☐ Interpreter  Language/Dialect:
- Auto Description:

**Location/Status:**
- **Arrest Date:**
- ☐ Already in Federal Custody as of:  in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

**Defense Counsel Information:**
- **Name:** Sean Sherlock, Esq
- ☐ Court Appointed
- Counsel Conflicts:
- **Address:** 118 North Alfred Street Alexandria, Virginia 22314
- ☒ Retained
- **Phone:** 703-399-0010
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**
- **AUSA(s):** AUSA Carina Cuellar
- **Phone:** 703-299-3800
- Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**

DOL-OIG Matthew Grimm, 202-904-9983

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1343 | Wire Fraud | 1 | Felony |
| Set 2: | | | | |

**Date:** 2/7/2023  **AUSA Signature:** /s/ Carina Cuellar

*may be continued on reverse*